**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LARY TOUSSAINT,

    Petitioner,

v.                                                                          Case No.8:06-CV-1116-T-30EAJ

ALBERTO GONZALES, U.S. Atty. Gen.;
MICHAEL CHERTOFF, Sec., U.S. Dep't
of Homeland Security; MICHAEL ROZOS,
Field Office Dir.; and DAVID WING, Officer in
Charge for Detention and Removal,
Bradenton Dist.,

    Respondents.

_____/

**O R D E R**

    Petitioner, an inmate of the Florida penal system, initiated this action *pro se* by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt.1). Petitioner alleges that he is being illegally detained pending the execution of an order directing that he be removed from the United States.

    The Court has reviewed its files and determined that the detention about which Petitioner complains were previously the subject of a petition for federal habeas relief in Case No. 8:06-CV–097-T-26EAJ. That case was dismissed on March 21, 2006, because Petitioner's immigration proceedings were reopened.

    Local Rule 1.04(a) provides, in pertinent part, as follows:

> Whenever a second or subsequent case seeking post-conviction or other relief by petition for writ of habeas corpus is filed by the same petitioner involving the

same conviction, it shall be assigned, or reassigned if need be, to the same judge to whom the original case was assigned.

Local Rule 1.04(a) (M.D. Fla. 2006).

ACCORDINGLY, the Court **ORDERS** that the **Clerk** shall reassign this case to The Honorable Richard A. Lazzara pursuant to Local Rule 1.04(a) (M.D. Fla. 2006).

**DONE** and **ORDERED** in Tampa, Florida on June 26, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Petitioner

SA:jsh